UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

GREGORY MILLER

-vs-

CITY OF NEW YORK

ORDER OF SUSTENANCE or
ORDER OF TRANSPORTATION
ORDER OF LODGING

CV 99-4431
DOCKET NUMBER

---

**ORDERED** that the Marshal supply proper

( ) LODGING

(XX) SUSTENANCE

( ) TRANSPORTATION

to the (9) jurors empaneled in the above entitled case, and to the ( ) U.S. Deputy Marshals in attendance thereon.

DATED: Brooklyn, New York

**July 18, 2006**

( ) DURING TRIAL

(XX) DELIBERATING

( ) SEQUESTERED

( ) BREAKFAST

(XX) LUNCH

( ) REFRESHMENT

( Check the appropriate box)

s/John Gleeson
U. S. D. J.

**A TRUE COPY**
**ATTEST**
July 18, 2006
ROBERT C. HEINEMANN
CLERK
BY. ..........
DEPUTY CLERK