FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 20 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------

GREGORY MILLER,

  -vs-

THE CITY OF NEW YORK

------------------------------------

**JUDGMENT IN A CIVIL CASE**

CV-99-4431

JOHN GLEESON, U.S.D.J.

__XX__    JURY VERDICT. This action came before the Court and a jury with the judicial officer named above presiding. The issues have been tried and the jury has rendered its verdict.

_____    DECISION BY COURT. This action came to trial or hearing before the Court with the judge named above presiding. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That judgment is entered in favor of the defendants and against the plaintiff.

ROBERT C. HEINEMANN
Clerk of the Court

OGORO N. FRANCIS
Deputy Clerk

July 18, 2006